# Exhibit A



Try Prime

Books

Deliver to
Austin 78746     Today's Deals    Your Amazon.com    Gift Cards

EN    Hello, Sign in
Account & Lists    Orders    Try Prime    0 Cart

Books    Advanced Search    New Releases    Amazon Charts    Best Sellers & More    The New York Times® Best Sellers    Children's Books    Textbooks

prime book box kids    Editors' favorite children's books delivered every 1, 2, or 3 months

‹ Back to results

**You Can'T Make This Stuff Up: Tales from a Judicial Diva** and millions of other books are available for **Amazon Kindle.** Learn more





See all 2 images

# YOU CAN'T MAKE THIS STUFF UP: Tales From a Judicial Diva
Paperback – November 5, 2010

by Vanessa D Gilmore (Author)

**12 customer reviews**

See all 6 formats and editions

| Kindle $7.99 | Hardcover $24.99 | **Paperback $15.99** |
|---|---|---|
| Read with Our **Free App** | 7 Used from $34.54<br>8 New from $24.99 | 12 Used from $14.39<br>13 New from $2.99 |

[ You Can't Make This Stuff Up: Tales from a Judicial Diva BY Gilmore, Vanessa D. ( Author ) ] { Paperback } 2010

**The Amazon Book Review**
Author interviews, book reviews, editors' picks, and more.
Read it now

Share    <Embed>

**Buy New**    **$15.99**

Qty: 1 ▾

FREE Shipping on orders over $25 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime

In Stock.
Ships from and sold by Amazon.com.

prime

**Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime**
Click here and start saving today with **Fast, FREE Delivery**

Add to Cart

Buy Now

**Want it Wednesday, Aug. 14?** Order within **6 hrs 35 mins** and choose **Two-Day Shipping** at checkout. Details

Deliver to Austin 78746

**Buy Used**    $14.39

Add to List

Add to Wedding Registry

## Customers who bought this item also bought



Saving The Dream
Vanessa D Gilmore
8
Paperback
$19.99

## Sponsored products related to this item



| **Other Sellers on Amazon** | |
|---|---|
| $18.60<br>+ Free Shipping<br>Sold by: Book Depository US | Add to Cart |
| $15.27<br>+ $3.99 shipping<br>Sold by: SuperBookDeals-- | Add to Cart |
| $19.27<br>+ Free Shipping<br>Sold by: Firehouse Liquidation | Add to Cart |

Have one to sell?    Sell on Amazon





**Stories from the Stoop**
Steve Bernstein

*These stories will make you laugh, cry, and want to change the world.*

24

Kindle Edition
$3.99



**How to Make Chicken Soup Step by Step from Scratch: More then 22 chicken soup recip...**
S D Amoako

*Do you love chicken soup? This book is packed with some of the best, the tastiest and most delicious soup recipes ever created in an African kitchen!*

Kindle Edition
$2.99



**Weedgalized in Colorado: True Tales From the High Country**
Johnny Welsh

*Colorado is living in a cultural experiment. Discover the pros, cons and good-humored tales of legalization from this unprecedented time in history!*

26

Kindle Edition
$2.99



**We're All A M collection of and one-line st...**
Amy Lyle

*When you see others have m mistakes that it's easier to n enough time, everything is j*

Kindle Edition
$5.99

Ad feedback

## Editorial Reviews

[ You Can't Make This Stuff Up: Tales from a Judicial Diva BY Gilmore, Vanessa D. ( Author ) ] { Paperback } 2010

---

## Product details

**Paperback:** 96 pages
**Publisher:** Xlibris, Corp. (November 5, 2010)
**Language:** English
**ISBN-10:** 1453569510
**ISBN-13:** 978-1453569511
**Product Dimensions:** 6 x 0.2 x 9 inches
**Shipping Weight:** 12.6 ounces (View shipping rates and policies)
**Average Customer Review:**                    12 customer reviews
**Amazon Best Sellers Rank:** #1,215,053 in Books (See Top 100 in Books)
         #913 in Cooking Humor
         #2149 in Culinary Biographies & Memoirs
         #1055 in Lawyer & Judge Biographies

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates through seller support**?

## Related video shorts (0)    Upload your video



**Be the first video**
Your name here

Start reading You Can'T Make This Stuff Up: Tales from a Judicial Diva on your Kindle **in under a minute**.

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.



MOON AND BACK
BY *Hanna Andersson*

Soft organic cotton for comfy,
hand-me-down happiness

Shop now ▸

Exclusive for Prime Members

Ad feedback

## 12 customer reviews

3.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 58% |
| 4 star | | 17% |
| 3 star | | 8% |
| 2 star | | 0% |
| 1 star | | 17% |

## Review this product

Share your thoughts with other customers

> Write a customer review



28 PALMS

Paradise in your closet

Exclusively on Amazon

See More

Ad feedback

## Customer images



See all customer images

**Showing 1-8 of 12 reviews**

Top Reviews

 Lauae Lynn Wolfe

### Didn't expect to laugh and cry for a book about a judge.

February 25, 2017
Format: Kindle Edition     **Verified Purchase**

More about what it is to be a woman, a person of color, and all of those things together as a judge than what a courtroom is like, I loved this book. Heartwarming and hopeful, shows when we stop looking at a position of respect with expected perceptions, we leave room for greatness in our little girls and in ourselves.

> Helpful        Comment    Report abuse

Gregory Antollino

### A nice Judge Judy

June 29, 2019
Format: Paperback     **Verified Purchase**

Good enough for an entertaining read.

> Helpful        Comment    Report abuse

 Amazon Customer: Razel

### Very relaxing read

December 13, 2014
Format: Kindle Edition     **Verified Purchase**

This first-hand account of a federal judge's courtroom experiences was enlightening and relaxing ...
Very enjoyable.
I highly recommend it.

> Helpful        Comment    Report abuse

 R. Berger

### Great Book

December 24, 2012
Format: Paperback     **Verified Purchase**

I have a coworker that alwaysa says "you cant make this stuff up." Bought this as a gift he loved it and enoyed the book for a funny read.

Helpful    Comment    Report abuse

Dana S. Smith

**entertaining**

May 11, 2014
Format: Kindle Edition    **Verified Purchase**

I found this book to be entertaining. It made me shake my head often as I wondered what were these people thinking.

One person found this helpful

Helpful    Comment    Report abuse

C. Weitzenhoffer

**A Must Read for Legal Eagles**

July 13, 2011
Format: Paperback    **Verified Purchase**

It brought back a lot of memories working in criminal defense. You will laugh and cry(in a good way). It gave me an even greater appreciation for the work done by our federal judges. A must read!

Helpful    Comment    Report abuse

Cindy W Texas USA

**Enjoy!**

August 11, 2015
Format: Kindle Edition

Humorous, insightful, and showing the human and humane side of being a Federal judge. I chuckled and smiled, and occasionally shook my head in disbelief at some of the stories of human craziness ( as in "She or he did what???!!"). Enjoy!

One person found this helpful

Helpful    Comment    Report abuse

Alexandra brenner

**Smile and enjoy**

September 24, 2012
Format: Kindle Edition

Adorable,had me laughing and smiling. That being said I learned something about the justice system.

One never knows the thinking behind any woman's professional day. This novel gives stories and bits and pieces of a life filled
With the daily details of being within the court system
Loved it, and great to get lost Into.... brilliant way to not think about your day, read this book.

One person found this helpful

Helpful    Comment    Report abuse

**See all 12 reviews**

Write a customer review

Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** YOU CAN'T MAKE THIS STUFF UP: Tales From a Judicial Diva

Set up a giveaway

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Listen to Books & Original
Audio Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates