# Exhibit B



Try Prime

Books ▾

Deliver to
Austin 78746

Today's Deals     Your Amazon.com     Gift Cards

EN

Hello, Sign in
Account & Lists ▾     Orders     Try Prime ▾

0
Cart

Books     Advanced Search     New Releases     Amazon Charts     Best Sellers & More     The New York Times® Best Sellers     Children's Books     Textbooks

prime book box kids     Discover delightful children's books delivered every 1, 2, or 3 months     15% off your first box*
*For new Prime Book Box customers

‹ Back to results

**Saving the Dream** and millions of other books are available for **Amazon Kindle.** Learn more






See all 2 images

Share     <Embed>

# Saving the Dream Hardcover – May 21, 2012

by Vanessa D. Gilmore (Author)

8 customer reviews

See all 3 formats and editions

| Kindle $3.03 | Hardcover $19.59 | Paperback $19.99 |
|---|---|---|
| Read with Our **Free App** | 13 Used from $1.49 9 New from $19.59 | 5 Used from $19.98 12 New from $7.48 |

Saving the dream is a fiction novel which tells the story of a young woman and her decision to have her baby or give it up for adoption. The book alternately explores the life that her son lived with his birth mother and the life he might have lived with his adoptive mother. Ultimately, it asks readers to consider how each mother's dream impacts her life, the life of her son and the lives of other people he

prime book box

**Discover Prime Book Box for Kids**
Story time just got better with Prime Book Box, a subscription that delivers editorially hand-picked children's books every 1, 2, or 3 months — at 40% off List Price. Learn more

**Buy New**          **$19.59**

Qty: [1 ▾]     List Price: $29.99
Save: $10.40 (35%)

FREE Shipping on orders over $25 shipped by Amazon or get Fast, Free Shipping with Amazon Prime

Only 1 left in stock (more on the way).
Ships from and sold by Amazon.com.

prime

**Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime**
Click here and start saving today with **Fast, FREE Delivery**

Add to Cart

Buy Now

**Want it Thursday, Aug. 15?** Choose **Two-Day Shipping** at checkout. Details

Deliver to Austin 78746

**Buy Used**          **$5.48**

Add to List

Have one to sell?     Sell on Amazon

## Customers who bought this item also bought



YOU CAN'T MAKE THIS STUFF UP: Tales From a Judicial Diva
Vanessa D Gilmore
12
Paperback
$15.99

## Product details

**Hardcover:** 316 pages
**Publisher:** Xlibris (May 21, 2012)
**Language:** English
**ISBN-10:** 1469126931
**ISBN-13:** 978-1469126937
**Product Dimensions:** 6 x 0.9 x 9 inches
**Shipping Weight:** 3.4 pounds (View shipping rates and policies)

**Average Customer Review:** 8 customer reviews
**Amazon Best Sellers Rank:** #1,823,773 in Books (See Top 100 in Books)
#50398 in Contemporary Literature & Fiction

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates through seller support**?

## Related video shorts (0)    Upload your video



**Be the first video**
Your name here

Start reading Saving the Dream on your Kindle **in under a minute**.

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.



Introducing Janitorial Supply Papers

Shop now ▸

amazon commercial

Ad feedback

## 8 customer reviews

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

### Review this product

Share your thoughts with other customers

Write a customer review

Ad feedback

**Showing 1-8 of 8 reviews**

Top Reviews

BG

**Captivating!**

September 17, 2012
Format: Kindle Edition    **Verified Purchase**

This book is definitely a page-turner and an amazing read for all ages! Briefly stated, it's an extraordinary book written by a phenomenal author!

One person found this helpful

Helpful        Comment    Report abuse

Omar Syed

**A real page turner**

October 19, 2012
Format: Hardcover

The book is AWESOME! I simply could not put it down once I'd begun. The "sliding doors" theme works splendidly and it could not have come out better. I never knew so much about both sides of such a story. Both boys' lives have their shares of hardships and difficulties and the book certainly shows the realities of both lives. It's really eye opening and a real thrill to read- a true page turner. This book is definitely on par with greats like Toni Morrison's Bluest Eye and Tar Baby.

One person found this helpful

Helpful        Comment    Report abuse

Nicwlee

**Memorable Read, Had me thinking**

July 23, 2012

Format: Hardcover

This book is riveting and I couldn't wait to see what happened to our boy "DAP" and his two lives. This book reminds one of the movie Sliding Doors, where what happens to your life if you choose Path A or Path B. Reading about this boy and his family as his life is mirrored is quite interesting and kept me turning each page.

On a personal note, I think about my own mother who was raised/adopted by an aunt in Texas as opposed to being raised by her own mother in Philadelphia and how my life is so different from my 1st cousins. My mother grew up knowing that her future was to go to college, get married then have children, she would be a debutante, and join varied social organizations, and all of her children graduated from college. Also like in the book we spent winter vacations skiing, and "summered" in Colorado. As opposed to her siblings who didn't go to college, who struggled to make ends meet, and their children had law troubles and few finished college, and many had kids before they reached their 20's.

Saving the Dream is an awesome read that will have you flipping pages and thinking "What if I had (fill in the blank), instead of (fill in the blank)???"

One person found this helpful

| Helpful | Comment | Report abuse |
| --- | --- | --- |

Amazon Customer

**READ AND ENJOY!**

October 12, 2012
Format: Hardcover

A very dramatic, engaging and interesting look into the power of choice determining the path of one possible young boy's life. Yes, it is looking at two extremes on the financial spectrum but that to me is to underline the strength of the "nature vs. nurture" controversy. The child, in both scenarios, started out with the same innate intellectual and physical strengths, his development hinges on the environment and the ability of the parent or parents to nurture those God given talents and strengths. These are two very heartfelt and compelling stories to support the bravery, unselfishness and love necessary in raising a child, whether you are a "birth mother" or an "earth mother". The story supports the idea that adoption is sometimes the best and most unselfish choice for the child and both types of parents. A quick, intensely satisfying and emotional read.

One person found this helpful

| Helpful | Comment | Report abuse |
| --- | --- | --- |

WHFSAILMD

**A Must Read**

August 25, 2012
Format: Hardcover

Riveting and spellbinding with a suspense filled climax. Love the sliding door concept which captures you in anticipation of what looms behind each door.

A must read for all ages, especially those contemplating adoption or who have adopted. A rare insight into the lives of single and couples adoptive parents as well as into the life of a birth mother with a surprising romantic twist.

One person found this helpful

| Helpful | Comment | Report abuse |
| --- | --- | --- |

BDBPR

**A beautifully written tender tale of two possible lives.**

September 26, 2012
Format: Hardcover

Saving the Dream was an amazing book to share with my daughter! Our lives were dramatically impacted by the issue of adoption and being guided so eloquently through the thoughts and events of each choice helped to ease some of the pain and guilt that has accompanied this very hard, but loving choice. I highly recommend this book for all the "moms" out there, of every age, race and gender!

| Helpful | Comment | Report abuse |
| --- | --- | --- |

Book Lover

**A compelling read.**

October 22, 2012
Format: Hardcover

This is a compelling read with a valuable message. The author's sincerity and compassion is apparent. A wonderful book for those comtemplating adoption, working through their own adoption experience or simply looking for a great story.

Helpful        Comment    Report abuse

 Abbiegirl

**A must read!!!**
September 28, 2012
Format: Hardcover

You will not be disappointed. The author speaks with authenticity and she provides real insights to the realities of adoption.
It is well written and entertaining.

Helpful        Comment    Report abuse

**See all 8 reviews**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Saving the Dream

Set up a giveaway

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English        United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Listen to Books & Original
Audio Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates