**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MORGAN McMILLAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **E.G., a minor child,** | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 4:18-CV-02242** |
| | § | |
| **AMAZON.COM, INC.;** | § | |
| **and HU XI JIE,** | § | |
| *Defendants.* | § | |

## PROPOSED ORDER

Presently pending before the Court is Plaintiff's Opposed Motion to Recuse the Honorable Vanessa D. Gilmore. The Court, having considered the Motion and arguments of counsel, is of the opinion that Plaintiff's Motion should be GRANTED.

It is THEREFORE, ORDERED, ADJUDGED, and DECREED, that this case be reassigned to another judge of the United States District Court for the Southern District of Texas.

IT IS SO ORDERED.

Signed on this ___ day of _____, 2019.

_____
Vanessa D. Gilmore
U.S. DISTRICT COURT JUDGE