IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORGAN GARTNER, INDIVIDUALLY<br>AND AS NEXT FRIEND OF E.G.,<br>A MINOR CHILD<br><br>V.<br><br>AMAZON.COM, INC., AND HU XI JIE | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:18-CV-02242 |

**AGREED STIPULATION REGARDING SUBMISSION DATE
FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

It is hereby stipulated and agreed between the parties that the submission date for Defendant's Motion for Summary Judgment may be extended by one week, until September 10, 2019.

Plaintiff will file a Response to the Motion by September 5, 2019.

| | |
|---|---|
| Counsel for Plaintiff: | Jeff M. Meyerson<br>Texas Bar No. 00788051<br>Federal ID No. 1096289<br>jeffm@meyersonfirm.com<br><br>THE MEYERSON LAW FIRM, P.C.<br>2224 Walsh Tarlton Lane, Suite 120<br>Austin, Texas 78746<br>Telephone: 512.330.9001<br>Facsimile: 512.330.9005 |
| Counsel for Defendant: | Clifford L. Harrison<br>Texas Bar No. 09113800<br>charrison@munsch.com<br><br>MUNSCH HARDT KOPF & HARR, P.C.<br>700 Milam, Suite 2700<br>Houston, Texas 77002<br>Telephone: (713) 222-1470<br>Facsimile: (713) 222-1475<br><br>Monique Wirrick<br>Washington Bar No. 34093<br>mwirrick@perkinscoie.com |

4828-8458-7937v.1

Perkins Coie L.L.P.
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-6280
Facsimilie: (206) 359-6280

W.Brendan Murphy
Washington Bar No. 34476
bmurphy@perkinscoie.com

_____    _____
Counsel for Plaintiff                                                Date

_____    _____
Counsel for Defendant AMAZON.COM, Inc.             Date

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served upon all counsel pursuant to FEDERAL RULES OF CIVIL PROCEDURE, via e-filing electronic service on this the 21st day of August, 2019, addressed as follows:

Jeff M. Meyerson
The Meyerson Law Firm, P.C.
2224 Walsh Tarlton Lane, Suite 120
Austin, Texas  78746
*Attorney for Plaintiff*

                                                /s/ Clifford L. Harrison
                                          CLIFFORD L. HARRISON