Clifford L. Harrison
State Bar No. 09113800; Fed. Bar No. 3070
charrison@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475

Brendan Murphy (*Admitted pro hac vice*)
bmurphy@perkinscoie.com
Monique R. Wirrick (*Admitted pro hac vice*)
mwirrick@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant
Amazon.com, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MORGAN MCMILLAN (previously identified as MORGAN GARTNER), Individually and as Next Friend of E.G., a minor child,** | § § § § § | |
| **Plaintiff** | § § § | |
| **vs.** | § | **NO. 4:18-cv-02242** |
| **AMAZON.COM, INC.; and HU XI JIE,** | § § § | |
| **Defendants.** | § § | |

## DEFENDANT AMAZON.COM, INC.'S
## NOTICE OF SECOND SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS
## MOTION FOR SUMMARY JUDGMENT

Defendant Amazon.com, Inc. respectfully submits this Second Notice of Supplemental

Authority in further support of its Motion for Summary Judgment (ECF No. 33).  This Notice is

intended to bring to the attention of the Court the recent decision of the United States District

-1-

Court for the Eastern District of New York in *Philadelphia Indemnity Ins. Co. v. Amazon.com Inc., et al*, No. 2:17-cv-03115-DRH-AKT, _____ WL _____ (E.D. N.Y. December 4, 2019). The district court, applying New York law, held that Amazon is not a seller and dismissed, *inter alia*, Plaintiff's claims for strict liability.  That court's decision granting Amazon summary judgment is attached as Exhibit A.

Dated:  December 5, 2019                     Respectfully submitted,


                                              */s/ Clifford L. Harrison*
                                              Clifford L. Harrison
                                              State Bar No. 09113800; Fed. Bar No. 3070
                                              charrson@munsch.com
                                              MUNSCH HARDT KOPF & HARR, P.C.
                                              700 Milam, Suite 2700
                                              Houston, Texas 77002
                                              Telephone: (713) 222-1470
                                              Facsimile: (713) 222-1475

                                              Brendan Murphy (*Admitted pro hac vice*)
                                              bmurphy@perkinscoie.com
                                              Monique R. Wirrick (*Admitted pro hac vice*)
                                              mwirrick@perkinscoie.com
                                              PERKINS COIE LLP
                                              1201 Third Avenue, Suite 4900
                                              Seattle, WA 98101
                                              Telephone: (206) 359-8000
                                              Facsimile: (206) 359-9000

                                              Attorneys for Defendant
                                              Amazon.com, Inc.

LEGAL146528358.1