

**REAL WORLD FORENSIC ENGINEERING**
Consulting and Litigation Support

2309 19th Street, Lubbock, TX 79401
Office: 806-368-9811, Fax: 806-368-9812
Info@ExpertEngineering.com
www.ExpertEngineering.com

**May 20, 2019**

Mr. Jeff M. Meyerson
The Meyerson Law Firm, P.C.
2224 Walsh Tarlton Lane, Suite 120
Austin, Texas 78746

> RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

Dear Mr. Meyerson,

RWFE purchased generic Apple TV replacement remotes from Amazon for testing and evaluation, two of which failed to comply with ANSI/UL 4200A: "Products Incorporating Button or Coin Cell Batteries of Lithium Technologies".

## ANSI/UL 4200A Synopsis

This standard covers household items that have and use button/coin cell batteries. It specifies that products that use button/coin cell batteries shall be designed to minimize the risk of children removing and ingesting the batteries, with additional specifications depending on if the battery is removable by the user or not. During examination of the product, any part of the enclosure that may be opened or removed by the user without a tool, or less effort than two independent and simultaneous movements by hand, must be removed. Once removed, the product should not allow a test probe access to the button/coin cell battery. The standard then outlines the procedure for mechanical abuse tests to be performed.



DEFENDANT'S
EXHIBIT
D

1 of 4

*RE: Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

M4T2AM/A MM4T2ZM/A Mac Music System." It did not meet the A



New Replaced Remote Fit for APL tv 1 2 3 A1427 A1469 A1378 A1294 MD199LL/A MC572LL/A MC377LL/A MM4T2AM/A MM4T2ZM/A Mac Music System



ure 1 – Amazon Listing for Failed Generic Apple TV Replaceme



le TV replacement remote is sold on Amazon[1] and was purchased by RWF]

ced Remote Fit for APL tv 1 2 3 A1427 A1469 A1378 A1294 MD199LL/

M4T2AM/A MM4T2ZM/A Mac Music System." It did not meet the A



Roll over image to zoom in

New Replaced Remote Fit for APL tv 1 2 3 A1427 A1469 A1378 A1294 MD199LL/A MC572LL/A MC377LL/A MM4T2AM/A MM4T2ZM/A Mac Music System

by Revution

★★★☆☆ · 593 customer reviews | 21 answered questions

Price $6.08 √prime

Pay $6.08 $1.08 after using available Discover Cashback Bonus.

- We sold is a PLASTIC REPLACEMENT Remote for Apl TV A1427 A1469 A1378 A1294 MD199LL/A MC572LL/A MC377LL/A MM4T2AM/A MM4T2ZM/A Mac Music System.
- Mac compatibility: The Apl Remote requires a Mac with an IR port (most Macs made after 2005). FrontRow control does not work with Mac OS X Lion or later, Also Works with iPod Universal Dork, Works with Apl TV.
- This replaced remote can fully functional work as the original one, but CANNOT PAIR/UNPAIR with the Apl TV. If only there is a light on the front of Apl TV flash three times in each succession when you click a button on the replaced remote, but have no other respond, it means the Apl TV has been paired with another original remote. Please make sure that your Apl TV has not been paired before, or unpair the Apl TV first, otherwise this replacement remote can not work.
- US seller, quick shipping, 30 days warranty
- Note: If you have any problems or questions with this remote, just in case, please feel free to contact us, we will reply to you within 24 hours.

Compare with similar items

New (1) from $6.08 √prime

☐ Report incorrect product information.

HOMECTRL
Universal Re
· Shop now

Smart IR Remote Cont
★☆☆☆☆ 1
$19.95 √prime

Ad feedback ☐

ure 1 – Amazon Listing for Failed Generic Apple TV Remote Replaceme



*Real-World Forensic Engineering. LLC.*        806-368-9811        www.rwfe.com

### Generic Apple TV Replacement Remote 2

This generic Apple TV replacement remote is sold on Amazon[2] and was purchased by RWFE. It is marketed as a "New MC377LL/A Replaced Remote Control fit for Apple TV 2 3 Box MC377LL A1156 A1469 MD199LL/A." It did not meet the ANSI/UL 4200A standard.



**Figure 3 – Amazon Listing for Failed Generic Apple TV Remote Replacement**



**Figure 4 – Generic Apple TV Remote Replacement as Purchased**

---

[2]https://www.amazon.com/MC377LL-Replaced-Remote-Control-MD199LL/dp/B01JFZXF20/ref=pd_sbs_194_2/145-0224509-6236732?_encoding=UTF8&pd_rd_i=B01JFZXF20&pd_rd_r=c3be60a0-7b29-11e9-a004-a1acb67dd0d5&pd_rd_w=Jijov&pd_rd_wg=1HA3n&pf_rd_p=588939de-d3f8-42f1-a3d8-d556eae5797d&pf_rd_r=04T1JJ37SEC7DT7HFEPG&psc=1&refRID=04T1JJ37SEC7DT7HFEPG

3 of 4

RE: *Morgan\Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

Engineering, LLC                806-368-9811                    www.rwfei.com

## V Replacement Remote 1

TV replacement remote is sold on Amazon[1] and was purchased by RWFE. It is marketed
ed Remote Fit for APL tv 1 2 3 A1427 A1469 A1378 A1294 MD199LL/A MC572LL/A
4T2AM/A MM4T2ZM/A Mac Music System." It did not meet the ANSI/UL 4200A





re 1 – Amazon Listing for Failed Generic Apple TV Remote Replacement



*Real-World Forensic Engineering, LLC*  806-368-9811  www.rwfei.com

## Generic Apple TV Replacement Remote 1

This generic Apple TV replacement remote is sold on Amazon[1] and was purchased by RWFE. It is marketed as a "New Replaced Remote Fit for APL tv 1 2 3 A1427 A1469 A1378 A1294 MD199LL/A MC572LL/A MC377LL/A MM4T2AM/A MM4T2ZM/A Mac Music System." It did not meet the ANSI/UL 4200A standard.



**Figure 1 – Amazon Listing for Failed Generic Apple TV Remote Replacement**



**Figure 2 – Generic Apple TV Remote Replacement as Purchased**

---

[1]https://www.amazon.com/Replaced-Remote-MD199LL-MC572LL-MC377LL/dp/B075WP4275/ref=pd_sbs_23_1/145-0224509-6236732?_encoding=UTF8&pd_rd_i=B075WP4275&pd_rd_r=f1ccbcab-7b27-11e9-a69b-37a3210f4837&pd_rd_w=J39a0&pd_rd_wg=3O2ZI1&pf_rd_p=588939de-d3f8-42f1-a3d8-d556cac5797d&pf_rd_r=74J1VQARPHC9XTF6YPK3&psc=1&refRID=74J1VQARPHC9XTF6YPK3

2 of 4

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*          806-368-9811                    www.rwfei.com

## Conclusions

Per section 5.5 of ANSI/UL 4200A, products that locate removable button batteries inside a battery compartment shall be designed to prevent children from removing the battery by way of requiring a tool (such as a screwdriver or coin) to open the compartment, or by the application of a minimum two independent and simultaneous movements to open by hand. The purchased remotes only require one independent motion by hand to remove the battery compartment and expose the button battery inside. Further mechanical abuse testing was not performed as the remotes failed to comply with even the most lenient of specifications outlined in the standard. The design of the battery compartments fail to meet the safety standard that would protect the most susceptible users (i.e. children) from exposure to the potential and unreasonable risk of ingestion of the button battery that can occur during common use.

## Disclaimer

The opinions stated in this letter are based on review of available information to this date. I reserve the right to expand upon or to revise the aforementioned opinions, as more information is made available to me through discovery, research, inspection, and/or testing.

Submitted by:

Professor Jahan Rasty, PhD, PE, CFEI, CFII
President and CEO

—END OF REPORT—

4 of 4

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a* minor *child vs Amazon.com, Inc. and Hu Xi Jie*