# KRIS R. JATANA, MD

Otolaryngology-Head and Neck Surgery Consulting, LLC
1391 W. 5th Avenue, #258
Columbus, OH 43212

April 11, 2019

Mr. Jeff M. Meyerson
The Meyerson Law Firm
2224 Walsh Tarlton Lane, Ste. 120
Austin, Texas 78746

> Re:   *Morgan Gartner, Individually and as Next Friend of E.G., a minor child v. Amazon.com, Inc., et al*

Dear Mr. Meyerson:

This letter is in response to your request for me to review the medical records of Everly Gartner (DOB 9/7/2016) with regard to her injuries after button battery ingestion from a type of Apple TV remote product.

I am board-certified in otolaryngology and fellowship-trained in pediatric otolaryngology. I regularly evaluate, diagnose and treat patients with medical incidents such as the one faced by Everly Gartner. I have devoted professional time to active clinical practice of pediatric otolaryngology–head and neck surgery, which includes the evaluation, diagnosis and/or treatment of the injuries from button batteries in children. I have been actively involved in national and international injury prevention efforts as a part of the National Button Battery Task Force, and I have conducted research related to button battery injuries in children.  The opinions contained in this document are only my own, based on my knowledge, training and experience; these opinions do not necessarily represent the opinions of any of the companies, institutions, committees, nor

1

professional organizations I have been or currently am affiliated with. My current C.V. is attached. All of my professional medical opinions contained in this document are given with a reasonable degree of medical certainty.

I have reviewed the following records you have provided:

1. Texas Children's Hospital Medical Records (Bates No. P00001 – 00495)

2. Texas Children's Hospital Billing Records (Bates No. P00496 – 00504)

3. Video: Everly Gagging While Eating (October 3, 2018)

4. Video: Everly Spitting Up Food (February 12, 2019)

In summary, Everly ingested a lithium button battery from a type of Apple TV remote on April 17, 2018. She was initially taken to an urgent care, and then sent to Texas Children's Hospital for evaluation and button battery removal. In the operating room at the time of removal, Everly was noted to have severe tissue injury in the mid-portion of the esophagus and was taken immediately after removal to get a CT scan due to concern for possible perforation, mediastinal infection, and vascular injury due to proximity to aorta. In order to allow this severe esophageal injury to heal, she required placement on a nasal-duodenal feeding tube for nutrition. She was admitted to the pediatric ICU post-operatively and was discharged home on April 20, 2018. Ultimately, she was able to get the feeding tube removed and resume an oral diet.

It has been established for several decades, that button batteries can cause injury rapidly when lodged within the body. Severe esophageal complications of button battery ingestion have been reported: perforation (requiring feeding tubes), esophageal stricture, vocal cord paralysis (requiring tracheostomy tube), spondylodiscitis,

2

tracheoesophageal fistula, and arterial-esophageal fistula; numerous children have suffered life-long injury or fatality from button battery ingestion. The primary mechanism of injury—wet esophageal tissue surrounding the button battery conducts current and generates hydroxide ions, which causes a high pH, alkaline tissue burn—medically known as a process of liquefactive necrosis. Liquefactive necrosis essentially dissolves away tissues rapidly. Lithium button batteries, like the one stated in this case, are the most dangerous—3 volts of power so cause more rapid injury than the lower voltage button batteries, and when also larger diameter (20 mm or greater) they are more likely to get lodged in the esophagus when ingested compared to smaller diameter non-lithium batteries.

In June 2010, two articles were published in the medical literature from the National Capital Poison Center. The moderate, major, and fatal outcomes are best demonstrated in Figure 1 of one of these articles between years 1985 and 2009. Between the years 2003 and 2007, there was a dramatic increase in the number of injuries from button battery ingestion. There are several datasets that have been used nationally to track the injuries from button batteries.

The National Battery Ingestion Hotline (NBIH) was created in 1982 to help gather case data and create triage algorithms and identify methods of reducing this hazard. This injury data is publically available. Updated information and statistics are available at www.poison.org/battery. The National Poison Data System (NPDS) captures data from all U.S. Poison Centers and has demonstrated a near 7-fold increase in injury severity between 2003 and 2010. Legislative efforts for involuntary standards have been largely unsuccessful, and the Button Cell Battery Safety Act of 2011 failed to

3

make it out of the Senate Subcommittee on Commerce, Science, and Transportation. Therefore, national efforts to prevent button battery injuries have had to focus on voluntary efforts from industry and retailers.

There have been several voluntary efforts from several members of industry to address the issue of button battery injuries in the United States.  It is clear that a majority of known ingestions, the button battery comes from the products themselves; this has been an important target for interventions.  There have been new voluntary standards approved through Underwriters Laboratories, Inc (UL), along with the American National Standards Institute (ANSI) have approved ANSI/UL 60065 and ANSI/UL 4200A, which serve as a standard for electronic products containing lithium button batteries, requiring products to have more secure compartments, to require a tool or to have two independent simultaneous movements required to gain access to the battery itself. Approximately 10% of known button battery ingestions were from battery packaging, and battery manufacturers have proceeded with supporting education efforts, making their packaging more child resistant, creating some packaging where only one battery can be accessed from a compartment at a time, and also including a warning label sticker on the negative pole of many of their batteries. This active warning label requires it to be removed for use and serves to educate more consumers on the danger to children as a "keep out of reach of children" pictogram.  In general, consumer education is critical with regard to injury prevention.  If consumers/parents are not aware of the hazard, they cannot help with primary prevention of the injuries.

4

It is my expert medical opinion, with a reasonable degree of certainty, that the injuries suffered by Everly Gartner were a result of the initial esophageal injury caused by the ingestion of a lithium button battery. It is also my opinion that tissue injury from button batteries lodged in the esophagus can occur rapidly and can result in significant injuries and complications, including death. There has been knowledge of the danger of the ingestion of button batteries since the 1980s, and this understanding has only increased over the past several decades. Given that esophageal injuries can occur very rapidly after ingestion, safe product design and proper consumer education of the hazard are critical in the mitigation of these injuries in children.

Sincerely,

Kris R. Jatana, MD

5

## REFERENCES

1.      Litovitz T, Whitaker N, Clark L. Preventing battery ingestions: an analysis of 8648 cases. Pediatrics. Jun 2010;125(6):1178-1183.

2.      Litovitz T, Whitaker N, Clark L, White NC, Marsolek M. Emerging battery-ingestion hazard: clinical implications. Pediatrics. Jun 2010;125(6):1168-1177.

3.      Sharpe SJ, Rochette LM, Smith GA. Pediatric battery-related emergency department visits in the United States, 1990-2009. Pediatrics. Jun 2012;129(6):1111-1117.

4.      Jatana KR, Litovitz T, Reilly JS, Koltai PJ, Rider G, Jacobs IN. Pediatric button battery injuries: 2013 task force update. International Journal of Pediatric Otorhinolaryngology. Sep 2013;77(9):1392-1399.

5.      Jatana KR, Rhoades K, Milkovich S, Jacobs IN. Basic mechanism of button battery ingestion injuries and novel mitigation strategies after diagnosis and removal. The Laryngoscope. Jun 2017;127(6):1276-1282.

6.      Volker J, Volker C, Schendzielorz P, et al. Pathophysiology of esophageal impairment due to button battery ingestion. International Journal of Pediatric Otorhinolaryngology. Sep 2017;100:77-85.

7.      National Poison Data System and National Battery Ingestion Hotline: Button Battery Ingestions, Frequency and Severity for Moderate, Major, and Fatal Outcomes 1985-2017. 2018; http://www.poison.org/battery/.

8.      NBIH Button Battery Ingestion Triage and Treatment Guideline. 2018; https://www.poison.org/battery/guideline.

9.      Anfang RR, Jatana KR, Linn RL, Rhoades K, Fry J, Jacobs IN. pH-neutralizing esophageal irrigations as a novel mitigation strategy for button battery injury. The Laryngoscope. Jun 11 2018.

10.      Littlehales E LE, Mills N, Metcalfe R, Hamill J. Double button battery ingestion-The "macaroon" sign. J Pediatric Surgery Case Reports. 2018;36:36-39.

11.      Varga A, Kovacs T, Saxena AK. Analysis of complications after button battery ingestion in children. Pediatric Emergency Care. Jun 2018;34(6):443-446.

12.      Jatana KR, Chao S, Jacobs IN, Litovitz T. Button battery safety: Industry and academic partnerships to drive change. Otolaryngologic Clinics of North America. Feb 2019;52(1):149-161.

6