# Exhibit A

*Real-World Forensic Engineering, LLC*     806-368-9811     [www.rwfei.com](http://www.rwfei.com)



2309 19th Street, Lubbock, TX 79401
Office: 806-368-9811, Fax: 806-368-9812
Info@ExpertEngineering.com
www.ExpertEngineering.com

# Forensic Engineering Assessment of Design Deficiencies Associated with a Generic Apple TV Remote Control

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

Submitted to:

Mr. Jeff M. Meyerson
The Meyerson Law Firm, P.C.
2224 Walsh Tarlton Lane, Suite 120
Austin, Texas 78746

_____

Jahan Rasty, Ph.D., P.E., MBA, CFEI, CFII

April 11, 2019

P00531

*Real-World Forensic Engineering, LLC*          806-368-9811                    www.rwfei.com

# Table of Contents

1. Executive Summary ....................................................................................................................3

2. Background ...............................................................................................................................5

3. Scope of Work...........................................................................................................................5

4. Statement of Qualifications Related to Scope of Work Performed ............................................6

5. Documents Reviewed................................................................................................................7

6. Basis of Opinions .....................................................................................................................7

7. Analysis and Observations........................................................................................................9

8. Conclusions and Opinions.......................................................................................................18

9. Disclaimer..............................................................................................................................20

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

P00532

*Real-World Forensic Engineering, LLC*            806-368-9811                    www.rwfei.com

## 1.  Executive Summary

1.1  Reportedly, the battery compartment cover on a generic Apple TV remote control released when handled by a child, resulting in the button battery to fall out of its compartment, which was subsequently ingested by the child.

1.2  The purpose of this forensic engineering investigation was to determine whether the unintended release of the button battery from the Subject remote control was due to any deficiencies associated with the design of the battery compartment cover and its lack of compliance with established design guidelines and standards for preventing unintended ejection of the button battery from its compartment.

1.3  The information and data serving as the basis of the conclusions expressed in this report include, but are not limited to, the following:

1.3.1  Review of Discovery Documents as listed in section 5 of this report,

1.3.2  Inspection of the Subject generic Apple TV remote control,

1.3.3  Inspection, analysis, and testing of an Exemplar generic Apple TV remote.

1.3.4  Inspection and testing of original Apple TV remote for assessment of compliance with established safety performance standards.

1.4  In an attempt to eliminate, or significantly reduce the above hazard, specific design standards exist that outline the minimum performance requirements for the battery compartment cover in order to guard against its premature release and unintended ejection of the button battery. Such standards also require placement of warning labels on such devices in order to inform the users of the potential hazard and risks of unintended battery ejection.

1.5  Following inspection and testing of both the Subject and Exemplar generic Apple TV remote controls, as well as inspection and testing of an original Apple TV remote control, it was concluded that the Subject generic Apple TV remote does not meet the minimum performance requirement, as set forth by applicable design standards, for preventing its battery compartment cover from unintended release and subsequent ejection of its button battery. As such, the Subject generic Apple TV remote control is defective in its design.

Page 3 of 20

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

P00533

*Real-World Forensic Engineering, LLC*          806-368-9811          www.rwfei.com

1.6   It was further concluded that the Subject generic Apple TV remote control was defectively marketed as it lacks the required warning labels to inform the users of the risks associated with the hazard posed to children by unintended ejection of the device's button battery.

1.7    Alternative designs, which would have alleviated the problems noted with the subject generic Apple TV remote were both technologically and economically feasible at the time of the manufacture of the subject generic remote control. An example of such an effective alternative design can be found in the original Apple TV remote control, which uses a screw to mechanically fasten the battery compartment cover to the body of the remote control.

1.8   An original Apple TV remote control was tested according to procedure outlined in applicable standards. It was found that the original Apple TV remote control, which uses a mechanical fastener to maintain connectivity of the battery compartment cover to the body of the remote control, fully complies with safety standards.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

P00534

*Real-World Forensic Engineering, LLC*              806-368-9811                          [www.rwfei.com](www.rwfei.com)

## 2. Background

2.1  Reportedly, on April 17th, 2018, the 19-month old E.G., a minor child, ingested a button battery ejected from the Subject generic Apple TV Remote when its battery compartment cover came undone. The Subject remote was purchased from Amazon.com by E.G's father on March 12th, 2017. After an elapsed time of a few hours post ingestion, E.G., a minor child, was taken to the emergency room where x-rays revealed the button battery had been lodged in her esophagus. The button battery was extracted in surgery but not before E.G., a minor child, suffered severe tissue damage to her esophagus.

## 3. Scope of Work

3.1  As a forensic engineer with relevant experience and expertise regarding the technical issues involved in this case including, but not limited to, engineering design, safety engineering, design of guarding components and systems, design of warnings, standards of care, root-cause failure analysis, accident investigation/reconstruction, and forensic engineering, I was retained to perform an engineering investigation into the circumstances surrounding the Subject incident with the following scope of work:

3.1.1  Inspection of the Subject generic Apple TV remote,

3.1.2  Inspection of the Exemplar generic Apple TV remote,

3.1.3  Inspection of the Exemplar Apple TV remote,

3.1.4  Testing of the Exemplar generic Apple TV remote,

3.1.5  Review of documents and photographs listed in section 5 of this report,

3.1.6  Rendering an expert opinion, within a reasonable degree of scientific and engineering certainty, on whether the design of the Subject generic Apple TV remote's battery compartment, as well as lack of appropriate warning labels, met the standard of care as set forth in applicable standards.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*          806-368-9811                    www.rwfei.com

## 4. Statement of Qualifications Related to Scope of Work Performed

4.1 My academic qualifications include bachelor, master, and doctoral degrees in Mechanical Engineering (LSU), as well as a master degree in business administration (Texas Tech). My areas of expertise within mechanical engineering that are pertinent to this case include design, manufacturing, safety engineering, forensic engineering, and root-cause failure analysis. I am a registered professional engineer (State of Texas), and have been involved in mechanical engineering and related work for the past 28 years in various capacities including industry, national R&D laboratories, national research foundations, and academia.

4.2 For the past 31+ years (since 1988), I have maintained continuous employment as a tenured professor at the department of Mechanical Engineering at Texas Tech University where I have taught 25 different courses at the graduate and undergraduate levels including, but not limited to the areas of engineering design, manufacturing, solid mechanics, root-cause failure analysis and forensic engineering. I am the original developer of three course entitled "Principles of Failure Analysis and Forensic Engineering", "Safety Engineering", and "Legal Aspects of Forensic Engineering", which I have taught at both graduate and undergraduate levels. The subject matters covered in this class include, but are not limited to, safety issues in design, accident reconstruction, failure analysis techniques, forensic engineering techniques/methodology, warning systems, engineering ethics, legal responsibilities, and standards of care. I am also the director of the *Materials Performance and Failure Analysis Laboratory* as well as the director of the graduate program in Applied Forensic Engineering at the Mechanical Engineering Department at Texas Tech University where I have served as the Principal and/or Co-Principal Investigator of more than $7.4 million in research grants sponsored by various industries, government agencies, national funding agencies, and national research laboratories.

4.3 Over the past 28+ years, I have also served as the president of Real-World Forensic Engineering, LLC, which is a boutique-style consulting firm specializing in engineering consulting, accident investigation/reconstruction, forensic engineering, and root-cause failure analysis. In this capacity, I have been involved in hundreds of engineering consulting and research projects in the above-mentioned areas. Several of my previous cases have included analysis of the design of covers, lids, guarding systems to isolate the user from known hazards.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

I have testified both in state and federal courts, as well as in depositions on behalf of both plaintiffs (60%) and defendants (40%).

4.4    Having knowledge of the facts in this case through the review of case documents listed in this report, research, testing, analysis, and based on my education, training, and aforementioned experience, I am qualified to render expert opinions in this case. I am compensated for the time I have spent on this project at the rate specified at the time of my retention.

## 5.  Documents Reviewed

### 5.1  **Provided Documents**

5.1.1 ANSI/UL 4200A: "Products Incorporating Button or Coin Cell Batteries of Lithium Technologies" First Edition Feb. 10, 2015

5.1.2 2018_6_29_FS_Original_Complaint (1)

### 5.2  **RWFE Research**

5.2.1 A Growing Hazard for Children Swallowing Button Batteries _ Journal Sentinel

5.2.2 American Academy of Pediatrics Emerging Battery-Ingestion Hazard Clinical Implications

5.2.3 Button Batteries Safety Guidelines May 2015 - the warehouse

5.2.4 Button Battery Ingestion Statistics - Poison Control

5.2.5 Child Safety - Button or Coin Batteries - IEEE ISPE Product Compliance Engineering

5.2.6 CPSC Joins International Effort to Prevent Button Battery-Related Injuries and Deaths _ CPSC.gov

5.2.7 Energizer First to Introduce Safe New Child-Resistant Packaging for Coin Lithium Batteries

5.2.8 Industry Code for Consumer Goods that Contain Button Batteries

5.2.9 Lithium Coin Battery Safety

5.2.10      Local Organization Warns Against Battery Swallowing Hazard _ WMBF News

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

5.2.11     National Capital Poison Center Button Battery Ingestion Triage and Treatment Guideline

5.2.12     Pediatric Button Battery Injuries 2013 Task Force

5.2.13     Toy Safety - US Consumer Product Safety Commission

## 6. Basis of Opinions

6.1   All opinions stated in this report are within a reasonable degree of engineering and scientific certainty and are based on the following:

6.1.1 My education and experience as discussed in section 4 of this report,

6.1.2 Review of relevant documents provided by the Plaintiff's counsel as listed in section 5.1 of this report,

6.1.3 Research of applicable standards and recommended practices as listed in section 5.2 of this report,

6.1.4 Inspection of the Subject generic Apple TV remote,

6.1.5 Inspection of the Exemplar generic Apple TV remote,

6.1.6 Inspection of the Original Exemplar Apple TV remote,

6.1.7 Testing of the Exemplar generic Apple TV remote.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*          806-368-9811                    www.rwfei.com

## 7.  Analysis and Observations

7.1  When a button battery becomes lodged in the esophagus, an electric current from the battery combines with the saliva to form a corrosive alkaline. This corrosive alkaline burns the adjacent tissue[1]. Because the electric current is what causes injury, and not the exposure of battery acid, the injurious effect of button batteries occurs much faster.

7.2  The risk associated with potential button battery ingestions is well known.

7.2.1 Distributors of button batteries design their packaging to reduce the opportunity of ingestions by children. The packaging is more durable and flexible to make it very difficult to open by children[2]. Some packaging is even marketed as "temper-proof" or "child safety pack" to further prevent children from encountering this known hazard[3].

7.2.2 Warning labels are also included on the product packaging, the sticker on the battery, and the battery itself.

 

**Figure 1 – Example Warning Found on Sticker Attached to Button Battery[4] (Left), Paper Wrapping and Button Battery from Exemplar Generic Apple TV Remote (Right)**

7.3  Due to the extensive knowledge of the hazards and risk of injury to children posed by exposure to button batteries, safety standards have been developed regarding the design of consumer

---

[1] "National Capital Poison Center Button Battery Ingestion Triage and Treatment Guideline."
[2] "Energizer First to Introduce Safe New Child-Resistant Packaging for Coin Lithium Batteries."
[3] "Lithium Coin Battery Safety."
[4] "Pediatric Button Battery Injuries: 2013 Task Force Update."

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

products using button batteries. In 2015, the Underwriters Laboratory first produced standard ANSI/UL 4200A: "*Products Incorporating Button or Coin Cell Batteries of Lithium Technologies.*"

7.3.1 Encompassed within the scope of the above standard is household products (e.g. remote controls) that incorporate button or coil cell batteries of lithium technologies.

7.3.2 Per section 5.1 of ANSI/UL 4200A, products should be designed to minimize the risk of children removing and ingesting the batteries. The most effective method for preventing the removal of the button battery by children is to prevent their access to the battery in the first place. ANSI/UL 4200A further states that for products with a battery compartment that houses the button battery, the compartment shall be designed in such a way as to require:

7.3.2.1 A tool (e.g. screwdrivers or coins) to facilitate the opening of said compartment; or

7.3.2.2 A door or cover requiring a minimum of two independent and simultaneous movements to open by hand.

7.3.3 Testing was performed on the Exemplar generic Apple TV remote in order to evaluate its compliance with above requirements. The test setup (Figure 2) employed in this analysis was designed to determine if the battery compartment cover on the Exemplar generic Apple TV remote allowed for a single independent motion to release the button battery compartment cover.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*      806-368-9811                    [www.rwfei.com](http://www.rwfei.com)



**Figure 2 – (Left) Front View of Test Setup for Independent Downward Movement Application, (Right) Back View of Test Setup Detailing Tape Application to Compartment Cover Only**

As shown in Figure 2, a piece of duct tape was adhered to the external surface of the battery compartment cover. The other end of the tape was attached to a calibrated S-Type load cell attached to a display force indicator. A slowly applied downward force was applied to the free end of the remote control by grabbing the remote and slowly pulling it downward, which in turn subjected the battery compartment cover to a single planar force parallel to the plane of the cover. The maximum applied load necessary to cause the removal of the battery compartment cover was measured and recorded. Table 1 presents the results of 3 independent tests performed per above procedure.

**Table 1 - Single-action Planar Load Necessary for Removal of the Battery Compartment Cover**

|  | **Did Compartment Cover Open as a Result of a Single Downward Force?** | **Magnitude of the Force Required to Initiate Cover Removal** |
|---|---|---|
| Trial 1 | Yes | 1 lbs. $\pm$ 0.5 lbs. |
| Trial 2 | Yes | 1 lbs. $\pm$ 0.5 lbs. |
| Trial 3 | Yes | 1 lbs. $\pm$ 0.5 lbs. |

Page 11 of 20

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*          806-368-9811          www.rwfei.com

For all three test trials, the battery compartment cover was easily removed utilizing a light (1 lbs. ± 0.5 lbs.) single-action motion. The above test results clearly indicate that the design of the Subject generic Apple TV remote does not comply with safety requirement of ANSI/UL 4200A, and as such it constitutes a design defect that subjects children to unreasonable risk of injury when the cover comes off and the battery is unintentionally ejected from its compartment.

7.3.4  Alternative Designs:  At the time the Subject Generic Apple TV remote was manufactured and placed into the stream of commerce, alternative designs that were both technologically and economically feasible were available, that if implemented, would have prevented unintentional and premature release of the battery cover and the ensuing ejection of the battery from its compartment.  Examples of such alternative designs include, but are not limited to, incorporation of double-action release mechanisms (two points must be pressed simultaneously for release of the cover), or incorporation of fastener, such as a screw, that cannot be readily unscrewed by young children.  An example of battery compartment cover secured via the employment of a tool (i.e. a coin) can be found on the Original Apple TV remote control, as shown in Figure 3.



**Figure 3 – Example of a Battery Compartment Cover Requiring a Coin for Removal**

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

7.3.4.1  Testing of the Original Apple TV remote control was carried out as outlined according to Section 6 of ANSI\UL 4200A. These tests are to evaluate the potential risk posed by the unintentional access to the button/coil cells by children.

7.3.4.1.1  The Original Apple TV remote control is not made of a molded or formed thermoplastic, therefore a stress relief test was not applicable and not performed. The battery replacement test was performed according to manufacturer's instructions.

7.3.4.1.2  Section 6.3 of ANSI/UL 4200A details the appropriate abuse tests to be performed.

7.3.4.1.2.1  The first test performed was the drop test for portable devices. The test setup (Figure 4) and procedure were in accordance with Section 6.3.2.1. The Original Apple TV remote was dropped from a height of 39.5 in onto a horizontal hardwood surface mounted to two layers of plywood placed on a concrete surface. This procedure was performed 10 times because it is a hand-held product.



**Figure 4 – Test Setup for the Drop Test of the Original Apple TV Remote Control**

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*          806-368-9811          [www.rwfei.com](www.rwfei.com)

No damage to the Original Apple TV remote control was visible following the performance of the drop testing.

7.3.4.1.2.2   The second test performed was the impact test. The test setup (Figure 5) and procedure were in accordance with Section 6.3.3.1. The Original Apple TV remote was placed on a rigid supporting surface. The battery compartment was subjected to three impacts by a steel sphere, with diameter 2.00 in ± 0.01 in and weighing 1.20 lbf ± 0.05 lbf, which was dropped at a height of 1.25 ft resulting in the required 1.5 ft·lbf.

 

**Figure 5 – Test Setup for the Impact Test as Specified in ANSI/UL 4200A (Left), Test Setup Used for Testing in Lab (Right)**

Damage occurred following each instance of the impact test. The damage was recorded following each test and can be seen in Figure 6-8.



**Figure 6 – Damage Sustained from Impact 1 (Red Circle)**

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*



**Figure 7 – Damage Sustained from Impact 2 (Red Circle)**



**Figure 8 – Damage Sustained from Impact 3 (Red Circle)**

7.3.4.1.2.3   The third test performed was a crush test. The test setup (Figure 9) and procedure were in accordance with Section 6.3.4.1. The Original Apple TV remote was fixed on a rigid supporting surface. A crushing force of 74.3 lbf was applied for a period of 10 s to the exposed surface by a flat surface with dimensions of 4 in x 10 in.

Page 15 of 20

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*



**Figure 9 – Test Setup for the Crush Test of the Original Apple TV Remote Control**

No significant damage was recorded following this test.

7.3.4.1.2.4　The Original Apple TV remote's battery compartment cover remained functional and shut after the abuse tests outlined above. The battery remained inaccessible and the cover still required the use of a tool to open it (i.e. a coin). This indicates this design would have prevented unintentional and premature release of the battery cover and the ensuing ejection of the battery from its compartment.

7.3.5　Section 7 of ANSI/UL 4200A also recommend incorporation of warning labels or signs for communication of hazards associated with products containing replaceable button type batteries.

7.3.5.1.1　This section of ANSI/UL 4200A notes that products shall be marked with the safety alert symbol and the words "WARNING: Chemical Burn Hazard. Keep batteries away from children. See Manual." (Figure 10). In cases where the aforementioned wording cannot be marked on the product due to lack of sufficient space, the symbol alone may be placed close to the battery compartment.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

*Real-World Forensic Engineering, LLC*                806-368-9811                www.rwfei.com



**Figure 10 – Example of Proper Placement of Safety Alert Symbol on Similar Apple TV Remote**

7.3.5.1.2    Examination of the Subject generic Apple TV remote revealed that no warning signs or markings were present on the Subject remote control (Figure 11).

  

**Figure 11 – Subject Apple TV Remote Control's Battery Compartment Space (Left), Exterior Surface of Battery Compartment Cover (Center), and the Interior Surface of Battery Compartment Cover (Right)**

Page 17 of 20

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

## 8.  Conclusions and Opinions

8.1  Reportedly, the battery compartment cover on a generic Apple TV remote control released when handled by a child, resulting in the button battery to fall out of its compartment, which was subsequently ingested by the child.

8.2  The purpose of this forensic engineering investigation was to determine whether the unintended release of the button battery from the Subject remote control was due to any deficiencies associated with the design of the battery compartment cover and its lack of compliance with established design guidelines and standards for preventing unintended ejection of the button battery from its compartment.

8.3  The information and data serving as the basis of the conclusions expressed in this report include, but are not limited to, the following:

8.3.1  Review of Discovery Documents as listed in section 5 of this report,

8.3.2  Inspection of the Subject generic Apple TV remote control,

8.3.3  Inspection, analysis, and testing of an Exemplar generic Apple TV remote.

8.3.4  Inspection and testing of original Apple TV remote for assessment of compliance with established safety performance standards.

8.4  In an attempt to eliminate, or significantly reduce the above hazard, specific design standards exist that outline the minimum performance requirements for the battery compartment cover in order to guard against its premature release and unintended ejection of the button battery. Such standards also require placement of warning labels on such devices in order to inform the users of the potential hazard and risks of unintended battery ejection.

8.5  Following inspection and testing of both the Subject and Exemplar generic Apple TV remote controls, as well as inspection and testing of an original Apple TV remote control, it was concluded that the Subject generic Apple TV remote does not meet the minimum performance requirement, as set forth by applicable design standards, for preventing its battery compartment cover from unintended release and subsequent ejection of its button battery. As such, the Subject generic Apple TV remote control is defective in its design.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

8.6   It was further concluded that the Subject generic Apple TV remote control was defectively marketed as it lacks the required warning labels to inform the users of the risks associated with the hazard posed to children by unintended ejection of the device's button battery.

8.7    Alternative designs, which would have alleviated the problems noted with the subject generic Apple TV remote were both technologically and economically feasible at the time of the manufacture of the subject generic remote control. An example of such an effective alternative design can be found in the original Apple TV remote control, which uses a screw to mechanically fasten the battery compartment cover to the body of the remote control.

8.8   An original Apple TV remote control was tested according to procedure outlined in applicable standards. It was found that the original Apple TV remote control, which uses a mechanical fastener to maintain connectivity of the battery compartment cover to the body of the remote control, fully complies with safety standards.

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*

## 9. Disclaimer

The opinions stated in this report are based on review of available information to this date. I reserve the right to expand upon or to revise the aforementioned opinions, as more information is made available to me through discovery, research, inspection, and/or testing.

Submitted by:

_____
Professor Jahan Rasty, Ph.D., P.E., CFEI, CFII
President and CEO

—**END OF REPORT**—

RE: *Morgan Gartner, Individually and as Next Friend of E.G., a minor child vs Amazon.com, Inc. and Hu Xi Jie*