United States District Court
Southern District of Texas
**ENTERED**
June 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORGAN MCMILLAN,<br>Individually and as Next Friend of E.G.,<br>a minor child,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and HU XI JIE,<br><br>Defendants. | § § § § § § § § § § § § | CASE NO. 4:18-CV-2242 |

## AMENDED ORDER

The Supreme Court of Texas has held that "potentially liable sellers are limited to those who relinquished title to the product at some point in the distribution chain." *Amazon.com, Inc. v. McMillan*, No. 20-0979, 2021 WL 260585, at *1 (Tex. June 25, 2021). Because third-party sellers do not relinquish title to their products, "Amazon is not a 'seller'" of those "products under Texas law." *Id.*

Accordingly, Defendant Amazon.com, Inc.'s motion for summary judgment is **GRANTED. (Instrument No. 33).**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on the 29th day of June, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**