United States District Court
Southern District of Texas
**ENTERED**
June 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORGAN MCMILLAN, Individually and as Next Friend of E.G., a minor child, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:18-CV-2242 |
| AMAZON.COM, INC., and HU XI JIE, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pending before the Court is Defendant Amazon.com, Inc.'s Motion for Summary Judgment. For reasons stated in the Court's Order of June 29, 2021, summary judgment is **GRANTED** and Plaintiff's claims are **DISMISSED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on the 29th day of June, 2021, at Houston, Texas.

                                                                    _____
                                                                    **VANESSA D. GILMORE**
                                                                    **UNITED STATES DISTRICT JUDGE**